Jennifer M. Oliver (SBN 311196)
jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:   619 239 8700
Fax:                619 702 3898

Attorneys for Defendant HwareH.com, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shahnaz Zarif, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Hwareh.com, Inc.,<br><br>　　　　　　　　Defendant. | Case No.:  3:23-cv-0565-BAS-DEB<br><br>**DEFENDANT HWAREH.COM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>*No oral argument pursuant to local rule*<br><br>Date:   November 13, 2023<br>Crtrm: 12B<br>Judge: Hon. C. Bashant |

　　　PLEASE TAKE NOTICE THAT on November 13, 2023, in Courtroom 12B – 12th Floor, of the United States Courthouse, located at 333 West Broadway, San Diego, CA 92101, Defendant HwareH.com, Inc. ("HEWA" or "Defendant") will, and hereby does, move this Court to dismiss all claims brought by Plaintiff Shahnaz Zarif ("Plaintiff") in the Second Amended Complaint for violations of the Federal Wiretap Act, 18 U.S.C. § 2511, the California Invasion of Privacy Act, Cal. Pen. Code §§ 631

and 638.51, the California Medical Information Act, Cal. Civ. Code § 56 et seq., the California Computer Data Access and Fraud Act, Cal. Pen. Code § 502, and the California Consumer Privacy Act, Cal. Civ. Code § 1798.100 et seq., ("SECOND Amended Complaint") (ECF 18) pursuant to Rule 12(b)(2), 12(b)(3), 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1404(a) on the following grounds:

1. The request to dismiss for should be granted because this Court lacks personal jurisdiction over Defendant.

2. The claims for violation of the California Invasion of Privacy Act, the Federal Wiretap Act, the California Medical Information Act, California Computer Data Access and Fraud Act, and the California Consumer Privacy Act should be dismissed with prejudice for failure to allege facts sufficient to state a claim under any of those statutes.

This Motion is based on this Notice of Motion and Motion to Dismiss the Second Amended Complaint, the Memorandum of Points of Authorities and Exhibits in support thereof and Declaration of Daniel Seliga attached thereto, all papers on file in this action, any reply and oral argument, and any other matters that may be considered by this Court on this Motion.

Pursuant to Paragraph 4.A. of the Honorable Cynthia Bashant's Standing Order for Civil Cases, this motion is made following the conference of counsel that took place via telephone and email on May 17, May 19, and June 19, 2023, and Defendant's counsel unsuccessfully attempted to reach Plaintiff's counsel for additional meet and confers regarding this motion on September 8, 12, and 14, 2023.

| | | |
|---|---|---|
| 1 | DATED: September 18, 2023 | BUCHANAN INGERSOLL & ROONEY LLP |

By: */s/ Jennifer M. Oliver*
　　　Jennifer M. Oliver
　　　Attorney for Defendant
　　　Hwareh.com, Inc.