Jennifer M. Oliver (SBN 311196)
jennifer.oliver@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:   619 239 8700
Fax:            619 702 3898

Attorney for Defendant
HWAREH.COM, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shahnaz Zarif individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>Hwareh.com, Inc.,<br><br>          Defendant(s). | Case No.: 3:23-cv-00565-BAS-DEB<br><br>*Assigned to the District Judge: Hon. Cynthia Bashant and Magistrate Judge: Hon. Daniel E. Butcher*<br><br>**DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S THIRD AMENDED COMPLAINT FOR DAMAGES**<br><br>Complaint Filed:   March 29, 2023 |

Defendant Hwareh.com, Inc. ("Defendant"), by and through its undersigned counsel, hereby answers and sets forth its affirmative and other defenses to the Third Amended Complaint ("Complaint") for Damages filed by Plaintiff Shahnaz Zarif ("Plaintiff"). Unless specifically admitted herein, Defendant denies every allegation in the Complaint.

## **INTRODUCTION**

1.      Paragraph 1 does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 1 of the Complaint.

1

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

2.      Paragraph 2 of the Complaint does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 2 of the Complaint.

3.      The statements in Paragraph 3 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

4.      The statements in Paragraph 4 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

5.      Defendant denies the allegations in Paragraph 5 of the Complaint.

6.      Paragraph 6 of the Complaint pertains to claims that have been dismissed from this action and does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 6 of the Complaint.

7.      Paragraph 7 of the Complaint does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 7 of the Complaint.

8.      Defendant denies the allegations in Paragraph 8 of the Complaint.

9.      Defendant denies the allegations in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations in Paragraph 10 of the Complaint.

11.     Paragraph 11 of the Complaint does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations in Paragraph 12 of the Complaint.

13.     Paragraph 13 of the Complaint does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 13 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

14.    Defendant denies the allegations in Paragraph 14 of the Complaint.

15.    Defendant denies the allegations in Paragraph 15 of the Complaint.

16.    Paragraph 16 of the Complaint does not contain allegations for which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 16 of the Complaint.

## JURISDICTION AND VENUE

17.    The allegations contained in Paragraph 17 of the Complaint are legal conclusions for which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 17 of the Complaint.

18.    The allegations contained in Paragraph 18 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 18 of the Complaint.

19.    The allegations contained in Paragraph 19 of the Complaint are legal conclusions to which no response is typically required. However, to the extent a response is required, Defendant denies the allegations in Paragraph 19 of the Complaint. Defendant specifically denies that it is a Delaware corporation with its principal place of business in St. Louis, Missouri.

20.    The allegations contained in Paragraph 20 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 20 of the Complaint.

21.    The allegations contained in Paragraph 21 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 21 of the Complaint.

22.    The allegations contained in Paragraph 22 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 22 of the Complaint.

23.    The allegations contained in Paragraph 23 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 23 of the Complaint.

24.    The allegations contained in Paragraph 24 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 24 of the Complaint.

## PARTIES TO THE LITIGATION

25.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 25 of the Complaint.

26.    Defendant admits that it is a Delaware Corporation headquartered at 7107 Industrial Road Florence KY 41042 and is licensed as a California non-resident pharmacy, and denies the remaining allegations in Paragraph 26 of the Complaint.

27.    The allegations contained in Paragraph 27 of the Complaint are legal conclusions to which no response is typically required.

28.    Defendant denies the allegations in Paragraph 28 of the Complaint.

29.    Defendant denies the allegations in Paragraph 29 of the Complaint.

30.    Defendant lacks information sufficient to admit or deny the allegations in Paragraph 30 of the Complaint.

## GENERAL JURISDICTION

31.    Defendant denies the allegations in Paragraph 31 of the Complaint.

32.    Defendant lacks information sufficient to admit or deny the allegations in Paragraph 32 of the Complaint.

33.    Defendant denies the allegations in Paragraph 33 of the Complaint.

34.    Defendant denies the allegations in Paragraph 34 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES          3:23-cv-00565-BAS-DEB

1

## **PERSONAL JURISDICTION**

2     35.    The allegations contained in Paragraph 35 of the Complaint are legal

3  conclusions to which no response is typically required. To the extent a response is

4  required, Defendant denies the allegations in Paragraph 35 of the Complaint.

5     36.    Defendant denies the allegations in Paragraph 36 of the Complaint.

6     37.    Defendant denies the allegations in Paragraph 37 of the Complaint.

7     38.    Defendant denies the allegations in Paragraph 38 of the Complaint.

8

9

## **CLAIMS**

10    39.    The allegations contained in Paragraph 39 of the Complaint are legal

11  conclusions to which no response is typically required. To the extent a response is

12  required, Defendant denies Plaintiff's allegations.

13    40.    The allegations contained in Paragraph 40 of the Complaint are legal

14  conclusions to which no response is typically required. To the extent a response is

15  required, Defendant denies the allegations in Paragraph 40 of the Complaint.

16    41.    The allegations contained in Paragraph 41 of the Complaint are legal

17  conclusions to which no response is typically required. To the extent a response is

18  required, Defendant denies the allegations in Paragraph 41 of the Complaint.

19    42.    The allegations contained in Paragraph 42 of the Complaint are legal

20  conclusions to which no response is typically required. To the extent a response is

21  required, Defendant denies the allegations in Paragraph 42 of the Complaint.

22    43.    The allegations contained in Paragraph 43 of the Complaint are legal

23  conclusions to which no response is typically required. To the extent a response is

24  required, Defendant denies the allegations in Paragraph 43 of the Complaint.

25    44.    The allegations contained in Paragraph 44 of the Complaint are legal

26  conclusions to which no response is typically required. To the extent a response is

27  required, Defendant denies the allegations in Paragraph 44 of the Complaint.

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

45.    The allegations contained in Paragraph 45 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 45 of the Complaint.

46.    The allegations contained in Paragraph 46 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 46 of the Complaint.

47.    The allegations contained in Paragraph 47 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

48.    The allegations contained in Paragraph 48 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 48 of the Complaint.

49.    The allegations contained in Paragraph 49 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 49 of the Complaint.

50.    The allegations contained in Paragraph 50 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 50 of the Complaint.

51.    The allegations contained in Paragraph 51 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 51 of the Complaint.

52.    Defendant denies the allegations in Paragraph 52 of the Complaint.

53.    Defendant denies the allegations in Paragraph 53 of the Complaint.

54.    Defendant denies the allegations in Paragraph 54 of the Complaint.

55.    Defendant denies the allegations in Paragraph 55 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                3:23-cv-00565-BAS-DEB

56.    The allegations contained in Paragraph 56 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 56 of the Complaint.

57.    The allegations contained in Paragraph 57 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

58.    The allegations contained in Paragraph 58 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

59.    The allegations contained in Paragraph 59 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 59 of the Complaint.

60.    The allegations contained in Paragraph 60 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 60 of the Complaint.

61.    The allegations contained in Paragraph 61 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 61 of the Complaint.

## FAIR PLAY AND SUBSTANTIAL JUSTICE

62.    The allegations contained in Paragraph 62 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 62 of the Complaint.

63.    Defendant denies the allegations in Paragraph 63 of the Complaint.

64.    The allegations contained in Paragraph 64 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 64 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES        3:23-cv-00565-BAS-DEB

65.    The allegations contained in Paragraph 65 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 65 of the Complaint.

66.    The allegations contained in Paragraph 66 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 66 of the Complaint.

## **DEFENDANT'S USE OF FACEBOOK PIXEL**

67.    Defendant lacks information sufficient to admit or deny why Plaintiff filed this lawsuit. Defendant denies the remaining allegation in Paragraph 67 of the Complaint.

68.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 68 of the Complaint.

69.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 69 of the Complaint.

70.    Defendant denies the allegations in Paragraph 70 of the Complaint.

71.    Defendant denies the allegations in Paragraph 71 of the Complaint.

72.    Plaintiff failed to assert an allegation to which a response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 72 of the Complaint.

73.    Defendant denies the allegations in Paragraph 73 of the Complaint.

74.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 74 of the Complaint.

75.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 75 of the Complaint.

76.    Defendant denies the allegations in Paragraph 76 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

77.    The allegations contained in Paragraph 77 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 77 of the Complaint.

## **FACTS SPECIFIC TO DEFENDANT**

78.    Defendant denies that its website currently contains the statement in Paragraph 78 of the Complaint.

79.    Defendant admits the allegations in Paragraph 79 of the Complaint.

80.    Defendant admits the allegations in Paragraph 80 of the Complaint.

81.    Defendant admits the allegations in Paragraph 81 of the Complaint.

82.    Defendant denies that it maintains a currently-effective HIPAA privacy policy.

## **HOW FACEBOOK PIXEL WORKS**

83.    Defendant denies that the language in Paragraph 83 can be found in its current Privacy Policy.

84.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 84 of the Complaint.

85.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 85 of the Complaint.

86.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 86 of the Complaint.

87.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 87 of the Complaint.

88.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 88 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

89.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 89 of the Complaint.

90.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 90 of the Complaint.

91.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 91 of the Complaint.

92.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 92 of the Complaint.

93.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 93 of the Complaint.

94.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 94 of the Complaint.

95.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 95 of the Complaint.

96.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 96 of the Complaint.

97.     Defendant lacks information sufficient to admit or deny the allegation in Paragraph 97 of the Complaint.

98.     Defendant denies the allegations in Paragraph 98 of the Complaint.

99.     Defendant denies the allegations in Paragraph 99 of the Complaint.

100.    Defendant denies the allegations in Paragraph 100 of the Complaint.

101.    Defendant denies the allegations in Paragraph 101 of the Complaint.

102.    Defendant denies the allegations in Paragraph 102 of the Complaint.

103.    Defendant denies the allegations in Paragraph 103 of the Complaint.

104.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 104 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S THIRD AMENDED COMPLAINT FOR DAMAGES          3:23-cv-00565-BAS-DEB

105.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 105 of the Complaint.

106.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 106 of the Complaint.

107.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 106 of the Complaint.

108.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 106 of the Complaint.

109.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 109 of the Complaint.

110.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 110 of the Complaint.

111.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 106 of the Complaint.

112.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 112 of the Complaint.

113.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 113 of the Complaint.

114.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 114 of the Complaint.

115.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 115 of the Complaint.

## FACTS SPECIFIC TO PLAINTIFF AND CLASS MEMBERS

116.    Defendant admits the allegations in Paragraph 116 of the Complaint.

117.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 117 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                         3:23-cv-00565-BAS-DEB

1    118.    Defendant lacks information sufficient to admit or deny the allegation in
2    Paragraph 118 of the Complaint.

3    119.    Defendant lacks information sufficient to admit or deny the allegation in
4    Paragraph 119 of the Complaint.

5    120.    Defendant denies the allegations in Paragraph 120 of the Complaint.

6    121.    Defendant denies the allegations in Paragraph 121 of the Complaint.

7    122.    Defendant lacks information sufficient to admit or deny the allegation in
8    Paragraph 122 of the Complaint.

9    123.    Defendant lacks information sufficient to admit or deny the allegation in
10    Paragraph 123 of the Complaint.

11    124.    Defendant lacks information sufficient to admit or deny the allegation in
12    Paragraph 124 of the Complaint.

13    125.    Defendant lacks information sufficient to admit or deny the allegation in
14    Paragraph 125 of the Complaint.

15    126.    Defendant denies the allegation in Paragraph 126 of the Complaint.

16    127.    Defendant lacks information sufficient to admit or deny the allegation in
17    Paragraph 127 of the Complaint.

18    128.    The allegations contained in Paragraph 128 of the Complaint are legal
19    conclusions to which no response is typically required. To the extent a response is
20    required, Defendant denies Plaintiff's allegations.

21    129.    Defendant denies the allegations in Paragraph 129 of the Complaint.

22    130.    Defendant denies the allegations in Paragraph 130 of the Complaint.

23    131.    Defendant denies the allegations in Paragraph 131 of the Complaint.

24    132.    Defendant lacks information sufficient to admit or deny the allegation in
25    Paragraph 132 of the Complaint.

26    133.    Defendant denies the allegations in Paragraph 133 of the Complaint.

27    134.    Defendant denies the allegations in Paragraph 134 of the Complaint.

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES            3:23-cv-00565-BAS-DEB

135.   Defendant denies the allegations in Paragraph 135 of the Complaint.

136.   Defendant denies the allegations in Paragraph 136 of the Complaint.

137.   Defendant denies the allegations in Paragraph 137 of the Complaint.

138.   Defendant denies the allegations in Paragraph 138 of the Complaint.

139.   Defendant denies the allegations in Paragraph 139 of the Complaint.

140.   Defendant denies the allegations in Paragraph 140 of the Complaint.

141.   Defendant denies the allegations in Paragraph 141 of the Complaint.

142.   Defendant denies the allegations in Paragraph 142 of the Complaint.

143.   Defendant denies the allegations in Paragraph 143 of the Complaint.

144.   Defendant denies the allegations in Paragraph 144 of the Complaint.

145.   Defendant denies the allegations in Paragraph 145 of the Complaint.

## **FACEBOOK PIXEL EAVESDROPPING ON DEFENDANT'S WEBSITE**

146.   Defendant lacks information sufficient to admit or deny the allegation in Paragraph 146 of the Complaint.

147.   Defendant lacks information sufficient to admit or deny the allegation in Paragraph 147 of the Complaint.

148.   Defendant lacks information sufficient to admit or deny the allegation in Paragraph 148 of the Complaint.

149.   The allegations contained in Paragraph 149 of the Complaint are legal conclusions to which no response is typically required. However, to the extent a response is required, Defendant denies Plaintiff's allegations.

150.   Defendant lacks information sufficient to admit or deny the allegation in Paragraph 150 of the Complaint.

151.   Defendant denies the allegations in Paragraph 151 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES            3:23-cv-00565-BAS-DEB

152.    The allegations contained in Paragraph 152 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

153.    Defendant denies the allegations in Paragraph 153 of the Complaint.

154.    Defendant denies the allegations in Paragraph 154 of the Complaint.

## **ADDITIONAL SPYWARE DEVELOPED ON DEFENDANT'S WEBSITE**

155.    Defendant denies the allegations in Paragraph 155 of the Complaint.

156.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 156 of the Complaint. To the extent a response is required, Defendant denies Plaintiff's allegations.

157.    Defendant lacks information sufficient to admit or deny the allegation in Paragraph 157 of the Complaint. To the extent a response is required, Defendant denies the allegations in Paragraph 157 of the Complaint.

158.    Defendant denies the allegations in Paragraph 158 of the Complaint.

159.    Defendant denies the allegations in Paragraph 159 of the Complaint.

160.    There is no allegation for which a response is required in Paragraph 160 of the Complaint.

161.    There is no allegation for which a response is required in Paragraph 161 of the Complaint.

162.    There is no allegation for which a response is required in Paragraph 162 of the Complaint.

163.    There is no allegation for which a response is required in Paragraph 163 of the Complaint.

164.    There is no allegation for which a response is required in Paragraph 164 of the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

165.    There is no allegation for which a response is required in Paragraph 165 of the Complaint.

166.    There is no allegation for which a response is required in Paragraph 166 of the Complaint.

167.    There is no allegation for which a response is required in Paragraph 167 of the Complaint.

168.    There is no allegation for which a response is required in Paragraph 168 of the Complaint.

169.    There is no allegation for which a response is required in Paragraph 169 of the Complaint.

170.    There is no allegation for which a response is required in Paragraph 170 of the Complaint.

171.    There is no allegation for which a response is required in Paragraph 171 of the Complaint.

172.    There is no allegation for which a response is required in Paragraph 172 of the Complaint.

173.    There is no allegation for which a response is required in Paragraph 173 of the Complaint.

174.    There is no allegation for which a response is required in Paragraph 174 of the Complaint.

175.    There is no allegation for which a response is required in Paragraph 175 of the Complaint.

176.    There is no allegation for which a response is required in Paragraph 176 of the Complaint.

177.    There is no allegation for which a response is required in Paragraph 177 of the Complaint.

1     178.   There is no allegation for which a response is required in Paragraph 178
2   of the Complaint.

3     179.   There is no allegation for which a response is required in Paragraph 179
4   of the Complaint.

5     180.   There is no allegation for which a response is required in Paragraph 180
6   of the Complaint.

7     181.   There is no allegation for which a response is required in Paragraph 181
8   of the Complaint.

9     182.   There is no allegation for which a response is required in Paragraph 182
10   of the Complaint.

11     183.   There is no allegation for which a response is required in Paragraph 183
12   of the Complaint.

13     184.   There is no allegation for which a response is required in Paragraph 184
14   of the Complaint.

15     185.   There is no allegation for which a response is required in Paragraph 185
16   of the Complaint.

17     186.   There is no allegation for which a response is required in Paragraph 186
18   of the Complaint.

19     187.   There is no allegation for which a response is required in Paragraph 187
20   of the Complaint.

21     188.   Plaintiff failed to assert an allegation to which a response is required in
22   Paragraph 188 of the Complaint.

23     189.   Defendant denies the allegations in Paragraph 189 of the Complaint.

24                                    **STANDING**

25     190.   The allegations contained in Paragraph 190 of the Complaint are legal
26   conclusions to which no response is typically required. To the extent a response is
27   required, Defendant denies the allegations in Paragraph 190 of the Complaint.

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

1   191.   The allegations contained in Paragraph 191 of the Complaint are legal
2   conclusions to which no response is typically required. To the extent a response is
3   required, Defendant denies the allegations in Paragraph 191 of the Complaint.

4

5                        **HIPAA ALLEGATIONS**

6   192.   The allegations contained in Paragraph 192 of the Complaint are legal
7   conclusions to which no response is typically required.

8   193.   The allegations contained in Paragraph 193 of the Complaint are legal
9   conclusions to which no response is typically required.

10   194.   The allegations contained in Paragraph 194 of the Complaint are legal
11   conclusions to which no response is typically required.

12   195.   The allegations contained in Paragraph 195 of the Complaint are legal
13   conclusions to which no response is typically required.

14   196.   The allegations contained in Paragraph 196 of the Complaint are legal
15   conclusions to which no response is typically required.

16   197.   The allegations contained in Paragraph 197 of the Complaint are legal
17   conclusions to which no response is typically required.

18   198.   The allegations contained in Paragraph 198 of the Complaint are legal
19   conclusions to which no response is typically required.

20   199.   The allegations contained in Paragraph 199 of the Complaint are legal
21   conclusions to which no response is typically required.

22   200.   The allegations contained in Paragraph 200 of the Complaint are legal
23   conclusions to which no response is typically required.

24   201.   The allegations contained in Paragraph 201 of the Complaint are legal
25   conclusions to which no response is typically required.

26   202.   The allegations contained in Paragraph 202 of the Complaint are legal
27   conclusions to which no response is typically required.

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                3:23-cv-00565-BAS-DEB

1    203.   The allegations contained in Paragraph 203 of the Complaint are legal
2  conclusions to which no response is typically required.

3    204.   The allegations contained in Paragraph 204 of the Complaint are legal
4  conclusions to which no response is typically required.

5    205.   Defendant denies the allegations in Paragraph 205 of the Complaint.

6    206.   Defendant denies the allegations in Paragraph 206 of the Complaint.

7    207.   Defendant lacks information sufficient to admit or deny the allegation in
8  Paragraph 207 of the Complaint.

9    208.   Defendant lacks information sufficient to admit or deny the allegation in
10  Paragraph 208 of the Complaint. To the extent a response is required, Defendant denies
11  the allegations in Paragraph 208 of the Complaint.

12    209.   Defendant lacks information sufficient to admit or deny the allegation in
13  Paragraph 209 of the Complaint.

14    210.   Defendant lacks information sufficient to admit or deny the allegation in
15  Paragraph 210 of the Complaint.

16    211.   Defendant lacks information sufficient to admit or deny the allegation in
17  Paragraph 211 of the Complaint.

18    212.   Defendant lacks information sufficient to admit or deny the allegation in
19  Paragraph 212 of the Complaint.

20    213.   Defendant lacks information sufficient to admit or deny the allegation in
21  Paragraph 213 of the Complaint.

## CLASS ACTION ALLEGATIONS

24    214.   The allegations contained in Paragraph 214 of the Complaint are legal
25  conclusions to which no response is typically required. To the extent a response is
26  required, Defendant denies Plaintiff's allegations.

215. The allegations contained in Paragraph 215 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

216. The allegations contained in Paragraph 216 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

217. The allegations contained in Paragraph 217 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

218. The allegations contained in Paragraph 218 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

219. The allegations contained in Paragraph 219 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

220. The allegations contained in Paragraph 220 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

221. The allegations contained in Paragraph 221 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

222. The allegations contained in Paragraph 222 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

223. The allegations contained in Paragraph 223 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                3:23-cv-00565-BAS-DEB

224.   The allegations contained in Paragraph 224 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

225.   The allegations contained in Paragraph 225 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

226.   The allegations contained in Paragraph 226 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

227.   The allegations contained in Paragraph 227 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

## **TOLLING**

228.   The allegations contained in Paragraph 228 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

229.   Defendant denies Plaintiff's allegations.

230.   Defendant denies Plaintiff's allegations.

231.   Defendant denies Plaintiff's allegations.

232.   The allegations contained in Paragraph 232 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES              3:23-cv-00565-BAS-DEB

## **FIRST CAUSE OF ACTION**

### **WIRETAP ACT**

### **18 U.S.C. § 2510 ET SEQ.**

233-239.        This Cause of Action was dismissed by Court Order dated February 12, 2025 (ECF #29). No Amended Complaint has been filed since said Court Order and therefore no response is required.

## **SECOND CAUSE OF ACTION**

### **UNLAWFUL WIRETAPPING & INTERCEPTION OF ELECTRONIC COMMUNICATION**

### **CALIFORNIA PENAL CODE § 631**

240.    Paragraph 240 of the Complaint does not contain allegation to which a response is required.

241.    Defendant denies the allegations in Paragraph 241 of the Complaint.

242.    Defendant denies the allegations in Paragraph 242 of the Complaint.

243.    Defendant denies the allegations in Paragraph 243 of the Complaint.

244.    Defendant denies the allegations in Paragraph 244 of the Complaint.

245.    The allegations contained in Paragraph 245 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

246.    The allegations contained in Paragraph 246 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

247.    The allegations contained in Paragraph 247 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies Plaintiff's allegations.

1    248.   The allegations contained in Paragraph 232 of the Complaint are legal

2    conclusions to which no response is typically required. However, to the extent a

3    response is required, Defendant denies the allegations contained in Paragraph 248.

4    249.   The allegations contained in Paragraph 249 of the Complaint are legal

5    conclusions to which no response is typically required.

6    250.   Defendant denies the allegations in Paragraph 250 of the Complaint.

7    251.   The allegations contained in Paragraph 251 of the Complaint are legal

8    conclusions to which no response is typically required. To the extent a response is

9    required, Defendant denies Plaintiff's allegations.

10    252.   The allegations contained in Paragraph 252 of the Complaint are legal

11    conclusions to which no response is typically required. To the extent a response is

12    required, Defendant denies Plaintiff's allegations.

13    253.   The allegations contained in Paragraph 253 of the Complaint are legal

14    conclusions to which no response is typically required.

15    254.   Defendant denies the allegations Paragraph 254 of the Complaint.

16    255.   Defendant denies the allegations Paragraph 255 of the Complaint.

17    256.   Defendant denies the allegations Paragraph 256 of the Complaint.

18    257.   Defendant denies the allegations Paragraph 257 of the Complaint.

19    258.   The allegations contained in Paragraph 258 of the Complaint are legal

20    conclusions to which no response is typically required. To the extent a response is

21    required, Defendant denies Plaintiff's allegations.

22    259.   The allegations contained in Paragraph 259 of the Complaint are legal

23    conclusions to which no response is typically required. To the extent a response is

24    required, Defendant denies Plaintiff's allegations.

25    260.   The allegations contained in Paragraph 260 of the Complaint are legal

26    conclusions to which no response is typically required. To the extent a response is

27    required, Defendant denies Plaintiff's allegations.

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                      3:23-cv-00565-BAS-DEB

## THIRD CAUSE OF ACTION

### CALIFORNIA CONFIDENTIALITY OF MEDICAL INFORMATION ACT, CAL. CIV. CODE § 56, ET SEQ.

### (ON BEHALF OF PLAINTIFF AND THE CALIFORNIA SUBCLASS)

261-268.    This Cause of Action was dismissed by Court Order dated February 12, 2025 (ECF #29). Plaintiff has not amended this claim and therefore no response is required.

## FOURTH CAUSE OF ACTION

### CALIFORNIA CONSUMER PRIVACY ACT CAL. CIV. CODE § 1798.100, ET SEQ.

### (ON BEHALF OF PLAINTIFF AND THE CALIFORNIA SUBCLASS)

269-282.    This Cause of Action was dismissed by Court Order dated February 12, 2025 (ECF #29). Plaintiff has not amended this claim and therefore no response is required.

## FIFTH CAUSE OF ACTION

### CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT CAL. PENAL CODE. § 502

283-298.    This Cause of Action was dismissed by Court Order dated February 12, 2025 (ECF #29). Plaintiff has not amended this claim and therefore no response is required.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S THIRD AMENDED COMPLAINT FOR DAMAGES    3:23-cv-00565-BAS-DEB

## SIXTH CAUSE OF ACTION

### USE OF A PEN REGISTER OR TRAP AND TRACE DEVICE

### CAL. PENAL CODE § 638.51

299.   Defendant lacks information sufficient to admit or deny the allegation in Paragraph 299 of the Complaint.

300.   The allegations contained in Paragraph 300 of the Complaint are legal conclusions to which no response is typically required.

301.   The allegations contained in Paragraph 301 of the Complaint are legal conclusions to which no response is typically required.

302.   The allegations contained in Paragraph 302 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 302 of the Complaint.

303.   The allegations contained in Paragraph 303 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 303 of the Complaint.

304.   The allegations contained in Paragraph 304 of the Complaint are legal conclusions to which no response is typically required. To the extent a response is required, Defendant denies the allegations in Paragraph 304 of the Complaint.

## AFFIRMATIVE DEFENSES

Without conceding that they have the burden of proof or persuasion, Defendant also asserts the following separate and distinct affirmative defenses to the Complaint and every alleged cause of action stated therein:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff lacks the capacity and/or standing to bring this action against Defendant.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S THIRD AMENDED COMPLAINT FOR DAMAGES          3:23-cv-00565-BAS-DEB

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for relief that can be granted against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff explicitly and/or impliedly consented to the alleged processing and disclosures at issue.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred, in whole or in part, to the extent they seek recovery for a loss of use, delay and/or any other consequential loss.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred, in whole or in part, by the equitable doctrines of estoppel, laches, unclean hands and/or waiver.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred, in whole or in part, because Plaintiff have incurred no legally cognizable injury or damages, including, but not limited to, any legally cognizable injury or damages attributable to any conduct by Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred, in whole or in part, to the extent any claims are the result of civil conspiracy, concert of action, collusion, bad faith or other intentionally tortious conduct, including but not limited to fraud.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES                    3:23-cv-00565-BAS-DEB

1

2 **EIGHTH AFFIRMATIVE DEFENSE**

3    The Complaint does not describe the events, occurrences, acts, omissions,

4 transactions, losses or damages which allegedly gave rise to the claims with sufficient

5 particularity to enable Defendant to identify all defenses it has to this suit. Defendant

6 therefore reserves the right to assert all defenses which may pertain to the Complaint

7 once the precise nature of the claim is ascertained through discovery and investigation.

8 **NINTH AFFIRMATIVE DEFENSE**

9    If any damages exist, Plaintiff failed to sufficiently mitigate them.

10

11 **TENTH AFFIRMATIVE DEFENSE**

12    The Court lacks personal jurisdiction over Defendant, and the lack of jurisdiction

13 is not waived by the foregoing answer to Plaintiff's Complaint.

14

15 **ELEVENTH AFFIRMATIVE DEFENSE**

16    The Court lacks subject matter jurisdiction over this action, and the lack of

17 jurisdiction is not waived by the foregoing answer to Plaintiff's Complaint.

18

19 **TWELFTH AFFIRMATIVE DEFENSE**

20    Plaintiff's claims are barred or reduced by Plaintiff's own acts, omissions, and/or

21 breach of contract, including, but not limited to, Plaintiff's breach of contract with third

22 party content providers.

23

24

25

26

27 **THIRTEENTH AFFIRMATIVE DEFENSE**

28

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES              3:23-cv-00565-BAS-DEB

Plaintiff's claims are barred or reduced by the independent acts and/or omissions over whom Defendant lacked the right, ability, opportunity, and/or authority to direct or control.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or reduced by the Economic Loss Doctrine.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the terms and conditions of Defendant's Privacy Policy.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not the real party in interest.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join necessary and/or indispensable parties.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or reduced because Plaintiff had no reasonable expectation of privacy in the communication(s), given the terms and conditions of the user agreement with third party vendors.

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant lacked the intent or knowledge for the alleged acts or omissions contained in the Complaint.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES          3:23-cv-00565-BAS-DEB

1

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by way of the Third Amended Complaint;

2.    That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

3.    That Defendant be awarded attorneys' fees and costs of suit incurred herein; and

4.    That Defendant be awarded such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury in the above-entitled matter.

DATED: March 19, 2025          BUCHANAN INGERSOLL & ROONEY LLP


By:  */s/ Jennifer M. Oliver*
      Jennifer M. Oliver
      Attorney for Defendant
      HWAREH.COM, INC.

DEFENDANT HWAREH.COM, INC.'S ANSWER TO PLAINTIFF SHAHNAZ ZARIF'S
THIRD AMENDED COMPLAINT FOR DAMAGES          3:23-cv-00565-BAS-DEB