Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

Peter F. Barry, Esq.
MN I.D.#0266577 (*Pro hac vice*)
**THE BARRY LAW OFFICE, LTD**
1422 Asbury Street
St. Paul, MN 55108-2434
Telephone:  (612) 379-8800
pbarry@lawpoint.com

*Attorneys for Plaintiff Shahnaz Zarif and The Putative Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHNAZ ZARIF, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br><br>HWAREH.COM, INC.,<br><br>Defendant. | CASE NO: 23CV0565-BAS (DEB)<br><br>CLASS ACTION<br><br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** by all parties in this matter, specifically, Plaintiff and Defendant, that this action has been settled and it is not necessary for the action to remain on the calendar of the Court.

Once the parties have signed a mutually agreed upon settlement agreement, Plaintiff will dismiss this action pursuant to Fed.R.Civ.P. 41(a). This is expected to take place within 30 days from today. Plaintiff requests the Court to stay all litigation deadlines and retain complete jurisdiction for 90 days for entry of dismissal or to allow

1

NOTICE OF SETTLEMENT

Plaintiff to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 12, 2025 | **THE BARRY LAW OFFICE, LTD** |
|  | By: s/ Peter F. Barry<br>Peter F. Barry, Esq.<br>MN I.D.#0266577 (*Pro hac vice*)<br>1422 Asbury Street<br>St. Paul, MN 55108-2434<br>Telephone:  (612) 379-8800<br>pbarry@lawpoint.com |
|  | Joshua B. Swigart, Esq.<br>**SWIGART LAW GROUP**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>Telephone: 866-219-3343<br>Facsimile: 866-219-8344<br>*Josh@SwigartLawGroup.com* |